**Dismissed and Memorandum Opinion filed July 17, 2012.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-12-00346-CV

---

**WILLIAM A. BALDWIN, Appellant**

**V.**

**LPP MORTGAGE, LTD, Appellee**

---

**On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 2011-46393**

---

## M E M O R A N D U M  O P I N I O N

This appeal is from a summary judgment signed April 2, 2012. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court that appellant has neither established indigence nor made arrangements to pay for the preparation of the record. In addition, appellant has not paid the $175 appellate filing fee.

On June 7, 2012, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or

made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). Appellant has not provided this court with proof of payment for the record.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Seymore and Brown.

2